**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ELIZABETH CANTAFI, ADMINISTRATRIX OF THE
ESTATE OF ZACHARY CANTAFI, ELIZABETH CANTAFI,
DANA ANDREWS, and DANIELLE KORNACKI,
*Plaintiffs*,
    v.
STEPHANIE GRAYBEAL, UBER TECHNOLOGIES,
PORTIER, LLC, RASIER, LLC, VINCENT LISI, EDGAR
PASTRANA, and ASHLEY SULEWSKI,
*Defendants*.                                           Monday, September 18, 2023

## **CONSENT TO REMOVAL**

    Defendant Stephanie Graybeal hereby consents to removal of the above-captioned case to federal court.

                                            Respectfully submitted,
                                            STEPHANIE GRAYBEAL,
                                            By her attorney,

                                            /s/ Shaun Campbell
                                            HWS LAW GROUP
                                            Shaun G. Campbell WSBA 47863
                                            Christopher A. Lurhs, WSBA No. 43175
                                            scampbell@hwslawgroup.com
                                            cluhrs@hwslawgroup.com
                                            1500 Fourth Avenue, Suite 200
                                            Seattle, WA 98101
                                            (206) 262-1200