UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ELIZABETH CANTAFI, ADMINISTRATRIX OF THE
ESTATE OF ZACHARY CANTAFI, ELIZABETH CANTAFI,
DANA ANDREWS, and DANIELLE KORNACKI,
*Plaintiffs*,

v.

STEPHANIE GRAYBEAL, UBER TECHNOLOGIES, INC.
PORTIER, LLC, RASIER, LLC, VINCENT LISI, EDGAR
PASTRANA, and ASHLEY SULEWSKI                3:23-CV-01245-KAD
*Defendants*.                                 Friday, September 29, 2023

## NOTICE TO COUNSEL

Pursuant to the Standing Order on Removed Cases, Defendants Uber Technologies, Inc., Portier, LLC, Rasier, LLC, Vincent Lisi, Edgar Pastrana, and Ashley Sulewski ("Defendants") hereby provide notice that they have served the following to all counsel of record at their last known addresses:

1. [2] Notice re: Disclosure Statement,

2. [8] Protective Order,

3. [3] Disclosure Statement filed by Rasier, LLC, Uber Technologies, Inc., Portier, LLC,

4. [6] Order on Pretrial Deadlines,

5. [7] Electronic Filing Order,

6. [4] Notice of Appearance filed by Rasier, LLC, Uber Technologies, Inc., Portier, LLC, and

7. [1] Notice of Removal, filed by Rasier, LLC, Uber Technologies, Inc., Portier, LLC.

1

Respectfully submitted,
Defendants Uber Technologies, Inc., Portier, LLC, Rasier, LLC, Vincent Lisi, Edgar Pastrana, and Ashley Sulewski
By their attorneys,

/s/ Ben Levites
Kevin J. O'Leary, ct30271
Benjamin H. Levites, ct30481
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com
blevites@coughlinbetke.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to all counsel of record on Friday, September 29, 2023.

/s/ Ben Levites
Benjamin Levites