UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ELIZABETH CANTAFI, ADMINISTRATRIX OF THE
ESTATE OF ZACHARY CANTAFI, ELIZABETH CANTAFI,
DANA ANDREWS, and DANIELLE KORNACKI,
*Plaintiffs*,
v.
STEPHANIE GRAYBEAL, UBER TECHNOLOGIES, INC.
PORTIER, LLC, RASIER, LLC, VINCENT LISI, EDGAR
PASTRANA, and ASHLEY SULEWSKI         3:23-CV-01245-KAD
*Defendants*.                          Friday, September 29, 2023

## STATEMENT UNDER STANDING ORDER ON REMOVED CASES

Pursuant to the Standing Order on Removed Cases, Defendants Uber Technologies, Inc., Portier, LLC, Rasier, LLC, Vincent Lisi, Edgar Pastrana, and Ashley Sulewski ("Defendants") hereby state as follows:

1. Defendants received a copy of Plaintiffs Elizabeth Cantafi, Administratrix of the Estate of Zachary Cantafi, Elizabeth Cantafi, Dana Andrews, and Danielle Kornacki's ("Plaintiffs") Summons and Complaint in the State court action on or about August 25, 2023. Stephanie Graybeal received service of the Complaint on or about August 28, 2023. Defendants Vincent Lisi, Edgar Pastrana, and Ashley Sulewski received service of the Complaint on or about on August 28, 2023.

2. Defendants were served with the Summons and Complaint in the State court action on or about August 25, 2023. Stephanie Graybeal was purportedly served with the Summons and Complaint on or about August 28, 2023. Defendants Vincent Lisi, Edgar Pastrana, and Ashley Sulewski were purportedly served the Summons and Complaint on or about on August 28, 2023.

1

3. Defendant Uber Technologies, Inc. was, and currently is, a corporation formed under the laws of the State of Delaware with its principal place of business located at 1515 3rd Street, San Francisco, CA 94158. Uber Technologies, Inc. is not a citizen of Connecticut or Massachusetts. Portier, LLC was, and currently is, a limited liability company formed under the laws of the State of Delaware with its principal place of business located at 1515 3rd Street, San Francisco, CA 94158. Portier, LLC, which is 100% owned by Uber Technologies, Inc., is not a citizen of Connecticut or Massachusetts. Rasier, LLC was, and currently is, a limited liability company formed under the laws of the State of Delaware with its principal place of business located at 1515 3rd Street, San Francisco, CA 94158. Rasier, LLC, which is 100% owned by Uber Technologies, Inc., is not a citizen of Connecticut or Massachusetts. Defendant Stephanie Graybeal is allegedly a resident of Spokane, Washington. Doc. No. 1-1, at 2. Defendants Vincent Lisi, Edgar Pastrana, and Ashley Sulewski are allegedly residents of Connecticut. Doc. No. 1-1, at 27, 31, 34.

4. Defendant's Notice of Removal was filed within thirty (30) days of receipt of Plaintiff's Summons and Complaint. This was the first time the Defendant learned that the amount in controversy was greater than $75,000.

5. All defendants joined in the notice of removal. *See* Docs. 1-2, 1-3.

6. Plaintiffs: Kaitlin A Halloran, BBB Attorneys LLC, 41 North Main St., Suite 303, West Hartford, CT 06107, (203) 562-0900, khalloran@bbbattorneys.com; Uber Technologies, Inc., Rasier, LLC, Portier, LLC, Vincent Lisi, Edgar Pastrana, and Ashley Sulewski: Kevin J. O'Leary, ct30271, Benjamin H. Levites, ct30481, Coughlin Betke LLP, 175

Federal Street, Boston, MA 02110, (617) 988-8050, koleary@coughlinbetke.com, blevites@coughlinbetke.com; Stephanie Graybeal: Karess A. Cannon, Howd & Ludorf, LLC, 100 Great Meadow Road, Suite 201, Wethersfield, CT 06109, (781) 516-8666 , kcannon@hl-law.com.

    Respectfully submitted,
Uber Technologies, Inc., Rasier, LLC, and Portier, LLC,
By their attorneys,

_/s/ Ben Levites_____
Kevin J. O'Leary, ct30271
Benjamin H. Levites, ct30481
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com
blevites@coughlinbetke.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to all counsel of record on Friday, September 29, 2023.

_/s/ Ben Levites_____
Benjamin Levites

3