UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| ELIZABETH CANTAFI, ADMINISTRATOR ) <br> OF THE ESTATE OF ZACHARY CANTAFI ) <br> ELIZABETH CANTAFI, DANA ANDREWS ) <br> and DANIELLE KORNACKI ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> STEPHANIE GRAYBEAL, ) <br> UBER TECHNOLOGIES, INC., ) <br> PORTIER, LLC, RASIER, LLC, VINCENT LISI, ) <br> EDGAR PASTRANA and ASHLEY SULEWSKI ) <br> Defendants. ) | CIVIL ACTION <br><br> NO. 3:23-CV-1245-KAD <br><br><br><br><br><br> OCTOBER 10, 2023 |

_____

**PLAINTIFFS' MOTION TO REMAND TO CONNECTICUT SUPERIOR COURT**

Plaintiffs Elizabeth Cantafi, administratrix of the estate of Zachary Cantafi, et al, hereby move to remand this action back to the Connecticut Superior Court.

For the reasons stated in the attached memorandum of law in support of this motion, the Court should grant Plaintiffs' motion and remand this action to the Connecticut Superior Court.

___/s/_____
Peter Christopher Bowman
BBB Attorneys, LLC
3651 Main Street
Suite 200
Stratford, CT 06614
203-562-0900

1

203-562-0902 (fax)
filing@bbbattorneys.com


\_\_\_/s/_____
Kenneth James Krayeske
BBB Attorneys, LLC
3651 Main Street
Suite 200
Stratford, CT 06614
203-562-0900
203-562-0902 (fax)
kkrayeske@bbbattorneys.com