**EXHIBIT A**

| Unique ID: | 112065 | | | | | Wethersfield | | | Card No: | 1 of 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Location: | 70 SPRUCE ST | | | | Map/Lot: | 112 065 | | Zone: | SRD | Date Printed: 08-06-19 |
| 911 Address: | | | | | Exempt | | | Nbhd: 103 | | Last Update: |

| Owner Of Record | Volume/Page | Date | Sales Type | Valid | Sale Price |
|---|---|---|---|---|---|
| CANTAFI ELIZABETH A | 0598 / 0218 | 11-14-95 | | YES | 122,900 |
| 70 SPRUCE ST    WETHERSFIELD , CT    06109 | | | | | |
| Additional Owners: | | | | | |

| Prior Owner History | | | | | |
|---|---|---|---|---|---|
| | / | | | | |
| | / | | | | |
| | / | | | | |
| | / | | | | |
| | / | | | | |

| Permit Number | Date | Cost | New House | Status | % Comp | Est Completion | Building Permit |
|---|---|---|---|---|---|---|---|
| TP-16-64 | 03-30-16 | 1,276 | No | Permit Issue | 100 | 10-01-16 | WATER HTR |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | State Item Codes | | | | Appraised Value | |
|---|---|---|---|---|---|---|---|---|
| Census/Tract | 4923 | | Code | Quantity | Value | Code | Quantity | Value | Total Land Value | 103,000 |
| Dev Map | | Dev Lot 20 | 11- Res Land | 0.16 | 72,100 | | | | Total Building Value | 126,819 |
| Date | 05/19/2018 | 11/23/1999 | 13- Res Bldg | 1.00 | 88,770 | | | | Total Outbuilding Value | 0 |
| Inspector | EQ | | | | | | | | Total Market Value | 229,819 |
| Action | DM No Change | Hearing-No Chng | | | | | | | | |

| Acres | | | | | | | Influence Factors | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Land Type | Acres | 490 | Rate | Adj | Influence | Total Value | Land Type | Influence Reason | | Comment |
| House Lot | 0.16 | 0.00 | 103,000 | 1.00 | 0 | 103,000 | | | | |
| Total | 0.16 | | | | | 103,000 | | | | |

| Assessment History (Prior Years as of Oct 1) | | | | | | 490 Appraised Totals | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Current | 2018 | 2017 | 2016 | 2015 | Type | Acres | Value | Type | Acres | Value |
| Land | 72,100 | 72,100 | 67,900 | 67,900 | 67,900 | | | | | |
| Building | 88,770 | 88,770 | 90,200 | 90,200 | 90,200 | | | | | |
| Outbuilding | 0 | 0 | 0 | 0 | 0 | | | | | |
| Total | 160,870 | 160,870 | 158,100 | 158,100 | 158,100 | | | Totals | | |

Comments

RESIDENTIAL FIELDCARD                THIS DOCUMENT WAS PREPARED FOR ASSESSMENT PURPOSES ONLY                REVALUATION DATE: 10/01/2018

**Unique ID: 112065**  **Wethersfield**

| | |
|---|---|
| **Location:** | 70 SPRUCE ST    Unit |
| **911 Address:** | |
| **Map/Block/Lot** | 112 065 |

### General Description

| | |
|---|---|
| **Building Use** | Single Family |
| **Unit** | |
| **Overall Condition** | Average |
| **Class** | C |
| **Stories** | 2.00 |
| **Design (Style)** | Colonial |
| **Construction** | Wood Frame |
| **Year Built** | 1995 |
| **Percent Complete** | 100 |
| **Finished Area** | 1,232 |

Finished Area Does Not Include Finished Basement Area

### Foundation

| | |
|---|---|
| **Basement Area** | 616 |
| **Basement Finish** | 0 |
| **Bsmt Room Style** | |
| **Basement Walls** | |
| **Outside Entry** | |
| **Basement Garage Bays** | 0 |
| **Sump Pump** | NO |

### HVAC

| | | |
|---|---|---|
| **Heating Type** | Hot Water | 100 % |
| **Fuel** | Natural Gas | |
| **Cooling Type** | None | 0 % |

### Interior

| | | |
|---|---|---|
| **Floors** | Carpet | Hardwood |
| **Attic Access** | | |
| **Walls** | Drywall | |
| **Fireplaces** | 0 | |
| **Wood Stoves** | 0 | |

### Exterior

| | |
|---|---|
| **Exterior** | Vinyl Siding |
| **Roof Cover** | Asphalt |
| **Roof Type** | Gable |

### Special Features

### Room Summary

| Total | Bedroom | Kitchens | Full Bath | Half Bath |
|---|---|---|---|---|
| 6 | 3 | 1 | 1 | 1 |

| Description | Area/Qty | Value |
|---|---|---|
| Base Rate | 1,232 | 113,393 |
| Basement | 616 | 9,240 |
| Full Baths | 1 | 5,000 |
| Half Baths | 1 | 2,500 |
| Value Before Depr. | 0 | 130,133 |
| Depr/Adjust Amount | 0 | 13,013 |
| Final Value (After Depr) | 0 | 117,120 |

| | | | | |
|---|---|---|---|---|
| Grade Factor | 0 | Physical Depreciation % | | 10 |
| Economic Depreciation % | 0 | Functional Depreciation % | | 0 |

### Attached Component Computations

| Type | Yr Built | Condition | Area/Qty | Value |
|---|---|---|---|---|
| Wood Deck | 1995 | Average | 162 | 2,479 |
| Frame Garage | 1995 | Average | 232 | 6,682 |
| Open Porch | 1995 | Average | 32 | 331 |
| Open Porch | 1995 | Average | 20 | 207 |

**Total Building Value**   126,819

### Detached Component Computations

| Type | Yr Blt | Condition | Area/Qty | Value | Type | Yr Blt | Condition | Area/Qty | Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Sketch:
- WD 8×4 with 10×10 sides (4 corners)
- Fr Gar 22×22
- 2S FR+ 28×(approx)
- OP 4×4
- OP 4×12

| Assessors Record Card | Summary Record Card | Previous Assessment | Condo WebPro Info | Sales | Zoning | Comments |

## Card 1 of 1

| Location **9 GWYNNE RD** | Property Account Number **022-021** | Parcel ID **327-035-000-000** |
| | | Old Parcel ID **-022-021-** |

### Current Property Mailing Address

| Owner **KORNACKI JOHN T** | City **FRANKLIN** |
| **KORNACKI DANIELLE E** | State **MA** |
| Address **9 GWYNNE RD** | Zip **02038** |
| | Zoning |

### Current Property Sales Information

| Sale Date **11/30/2020** | Legal Reference **38672-305** |
| Sale Price **515,000** | Grantor(Seller) **WETMORE, CHRISTOPHER J & NICOLE A** |

### Current Property Assessment

| | **Card 1 Value** |
| Year **2023** | Building Value **231,600** |
| | Xtra Features Value **3,200** |
| Land Area **0.753 acres** | Land Value **257,500** |
| | Total Value **492,300** |

### Narrative Description

This property contains **0.753 acres** of land mainly classified as **ONE FAMILY** with a(n) **N/A** style building, built about **1982** , having **N/A** exterior and **N/A** roof cover, with **1** unit(s), **7** total room(s), **3** total bedroom(s), **1** total bath(s), **0** total half bath(s), **1** total 3/4 bath(s).

### Legal Description

**DEV-BLDR LOT 16A PLAN 2272**

### Property Images


