**EXHIBIT B**

# STATE OF WASHINGTON POLICE TRAFFIC COLLISION REPORT

**Barcode:** 1591971
**REPORT NO.** E564581
**CASE #** 21-015245
**LOCAL AGENCY CODING:**

| | |
|---|---|
| INTERSTATE | ☐ |
| STATE ROUTE | ☑ |
| COUNTY RD | ☐ |
| CITY STREET | ☐ |
| OTHER | ☐ |
| PRIVATE WAY | ☐ |
| FIRE RESULTED | ☐ |
| STOLEN VEHICLE | ☐ |
| HIT & RUN INVOLVED | ☐ |

**TOTAL # OF UNITS:** 3
**OBJECT STRUCK:**
**TRIBAL RESERVATION:**

**DATE OF COLLISION:** 8-29-2021
**TIME (2400):** 2025
**COUNTY #:** 32
**MILES:** 0.40 N ☑ / E ☐ / S ☐ / W ☐  IN ☐ / OF ☑
**CITY #:** 1220

**ON (PRIMARY TRAFFIC WAY):** SR 395 SB
**INTERSECTION:** ☑  **NON-INTERSECTION:** ☐
**BLOCK NO. / MILE POST:** ☑ 165.30

**DISTANCE:** __ . __  MILES ☐ / FEET ☐  N/E/S/W
**OF (REFERENCE OR CROSS STREET):** HAWTHORNE

## UNIT 01
**MOTOR VEHICLE:** ☑  **PEDAL-CYCLE:** ☐  **DAMAGE THRESHOLD MET:** YES ☑ / NO ☐  **PHONE:**

| Field | Value |
|---|---|
| LAST NAME | GRAYBEAL |
| FIRST NAME | STEPHANIE |
| MIDDLE INITIAL | L |
| STREET/NEW ADDRESS | 11824 N GUINEVERE DR |
| CITY | SPOKANE |
| ST | WA |
| ZIP | 9921817 |
| CDL | |
| IGNITION INTERLOCK REQUIRED | YES ☐ / NO ☑ |
| IGNITION INTERLOCK PRESENT | YES ☐ / NO ☐ |
| MEDICAL TRANSPORTED | YES ☐ / NO ☑ |
| DRIVER'S LICENSE # | [redacted] |
| STATE | WA |
| SEX | F |
| D.O.B. | |
| ON DUTY | |
| STATUS | |
| AIRBAG | 2 |
| RESTR. | 4 |
| EJECT | 1 |
| HELMET USE | |
| INJURY CLASS | 1 |
| NATURE OF INJURIES | |
| LICENSE PLATE # | BWJ6846 |
| STATE | WA |
| VIN # | 3CZRU6H58KM733258 |
| TRAILER PLATE # | |
| STATE | |
| TRAILER PLATE # | |
| STATE | |
| TRLR VIN# | |
| VEH YEAR | 2019 |
| MAKE | HOND |
| MODEL | HR-V |
| STYLE | UT |
| VEHICLE TOWED DUE TO DISABLING DAMAGE | YES ☑ / NO ☐ |
| TOWED BY | WILLIAMS |
| GOVT VEHICLE | YES ☐ / NO ☑ |

**REGISTERED OWNER INFO:** GRAYBEAL, STEPHANIE
**LIABILITY INSURANCE IN EFFECT:** ☑  **INSURANCE CO & POLICY #:**
**VEHICLE LEGALLY STANDING:** YES ☐ / NO ☐
**CITATION #:** FILED BY INFORMATION
**CHARGE:** DUI

**VEHICLE NO. 1 SHADE IN DAMAGED AREA**

## UNIT 02
**MOTOR VEHICLE:** ☑  **PEDAL-CYCLE:** ☐  **PEDESTRIAN:** ☐  **PROPERTY OWNER:** ☐  **DAMAGE THRESHOLD MET:** YES ☐ / NO ☑  **PHONE:**

| Field | Value |
|---|---|
| LAST NAME | EGLAND |
| FIRST NAME | SENCIA |
| MIDDLE INITIAL | C |
| STREET/NEW ADDRESS | 10124 N MILBRATH LN |
| CITY | SPOKANE |
| ST | WA |
| ZIP | 9920821 |
| CDL | |
| IGNITION INTERLOCK REQUIRED | YES ☐ / NO ☑ |
| IGNITION INTERLOCK PRESENT | YES ☐ / NO ☐ |
| MEDICAL TRANSPORTED | YES ☐ / NO ☐ |
| DRIVER'S LICENSE # | [redacted] |
| STATE | WA |
| SEX | F |
| D.O.B. | |
| ON DUTY | |
| STATUS | |
| AIRBAG | 2 |
| RESTR. | 4 |
| EJECT | 1 |
| HELMET USE | |
| INJURY CLASS | 1 |
| NATURE OF INJURIES | |
| LICENSE PLATE # | BIZ6701 |
| STATE | WA |
| VIN # | 19XFB2F55FE700924 |
| TRAILER PLATE # | |
| STATE | |
| TRLR VIN# | |
| VEH YEAR | 2015 |
| MAKE | HOND |
| MODEL | CIVIC |
| STYLE | 4D |
| VEHICLE TOWED DUE TO DISABLING DAMAGE | YES ☐ / NO ☑ |
| TOWED BY | |
| GOVT VEHICLE | YES ☐ / NO ☑ |

**REGISTERED OWNER INFO:** EGLAND, MICHAEL
**LIABILITY INSURANCE IN EFFECT:** ☑  **INSURANCE CO & POLICY #:**
**VEHICLE LEGALLY STANDING:** YES ☐ / NO ☐
**CITATION #:**  **CHARGE:**

**VEHICLE NO. 2 SHADE IN DAMAGED AREA**

**OFFICER'S NAME (PRINT):** CARROLL JR, PAUL
**OFFICER PHONE:**
**BADGE OR ID #:** 369
**AGENCY:** WASHINGTON STATE PATROL

**PART A** 3000-345-159 (R 11/18)  PAGE 01 OF 6




# STATE OF WASHINGTON POLICE TRAFFIC COLLISION REPORT

REPORT NO. **EB64581**
CASE # 21-015245

## ADDITIONAL PERSONS INVOLVED (PASSENGERS AND/OR WITNESSES ONLY)

**NAME (LAST, FIRST, MIDDLE INITIAL):** DWYER, ANGELA R
**ADDRESS & PHONE #:** Spokane,
**SEX:** F
**D.O.B. MMDDYYYY:**
PASSENGER [ ]  WITNESS [✓]  UNIT #:
SEAT POS.:  AIRBAG:  RESTR.:  EJECT:  HELMET USE:  INJURY CLASS:  NATURE OF INJURIES:

**NAME (LAST, FIRST, MIDDLE INITIAL):** KOLACZENKO, NICHOLAS T
**ADDRESS & PHONE #:** 711 W IVANHOE RD Spokane, WA 99218
**SEX:** M
**D.O.B. MMDDYYYY:**
PASSENGER [ ]  WITNESS [✓]  UNIT #:
SEAT POS.:  AIRBAG:  RESTR.:  EJECT:  HELMET USE:  INJURY CLASS:  NATURE OF INJURIES:

**NAME (LAST, FIRST, MIDDLE INITIAL):** MAURI, GARY J
**ADDRESS & PHONE #:** Spokane,
**SEX:** M
**D.O.B. MMDDYYYY:**
PASSENGER [ ]  WITNESS [✓]  UNIT #:
SEAT POS.:  AIRBAG:  RESTR.:  EJECT:  HELMET USE:  INJURY CLASS:  NATURE OF INJURIES:

## DIAGRAM

Please see subsequent diagram page

INDICATE NORTH BY ARROW

## NARRATIVE

Please see subsequent narrative page(s)

I CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT. (RCW 9A.72.085)

**INVESTIGATING OFFICER'S SIGNATURE:** PAUL CARROLL JR
**UNIT OR DIST. DET:**
**DATED:** 9/5/2021
**PLACE SIGNED:**

**APPROVED BY:** Lasher, Sgt. Scott 282
**DATE:**

**BADGE OR ID #:** 369
**ORI #:** WAWSP0405
**TIME POLICE DISPATCHED:** 8:28 PM
**TIME POLICE ARRIVED:** 8:51 PM

PART B 3000-345-160 R (9/13)
PAGE 2 OF 6

# SUPPLEMENTAL POLICE TRAFFIC COLLISION REPORT

**REPORT NO.** E1064581

**CASE #** 21-015245

## COMMERCIAL MOTOR CARRIER

| UNIT # | USDOT | ICC # | VEHICLE TYPE | CARGO BODY TYPE |
|---|---|---|---|---|

CARRIER NAME:
CARRIER ADDRESS:
CITY:   ST:   ZIP:
NAME SOURCE:   # AXLES:   GVWR:   PLACARD:   NAME IF NO NUMBER:

## ADDITIONAL UNITS

**UNIT #** 3   MOTOR VEHICLE [ ]   PEDAL-CYCLE [✓]   PEDESTRIAN [ ]   PROPERTY OWNER [ ]   DAMAGE THRESHOLD MET: YES [✓] NO [ ]   PHONE:

LAST NAME: CANTAFI   FIRST NAME: ZACHARY   MIDDLE INITIAL: S
STREET/NEW ADDRESS: 711 W IVANHOE RD   CITY: SPOKANE   ST: WA   ZIP: 99218
CDL:   IGNITION INTERLOCK REQUIRED: YES/NO   IGNITION INTERLOCK PRESENT: YES/NO   MEDICAL TRANSPORTED: YES [ ] NO [✓]
DRIVER'S LICENSE #:   STATE:   SEX: M   D.O.B.:
ON DUTY [ ]   STATUS: 1   AIRBAG:   RESTR:   EJECT: 2   HELMET USE: 9   INJURY CLASS: 4   NATURE OF INJURIES: HEAD AND TORSO
LICENSE PLATE #:   STATE:   VIN#:
TRAILER PLATE #:   STATE:   TRAILER PLATE #:   STATE:
TRLR VIN#:   TRLR VIN#:
VEH. YEAR:   MAKE:   MODEL:   STYLE:   VEHICLE TOWED DUE TO DISABLING DAMAGE: YES/NO   TOWED BY:   GOVT. VEHICLE: YES/NO
REGISTERED OWNER INFO:
LIABILITY INSURANCE IN EFFECT:   INSURANCE CO & POLICY #:
VEHICLE LEGALLY STANDING: YES/NO   CITATION #:   CHARGE:

**UNIT #**   MOTOR VEHICLE [ ]   PEDAL-CYCLE [ ]   PEDESTRIAN [ ]   PROPERTY OWNER [ ]   DAMAGE THRESHOLD MET: YES/NO   PHONE:

LAST NAME:   FIRST NAME:   MIDDLE INITIAL:
STREET/NEW ADDRESS:   CITY:   ST:   ZIP:
CDL:   IGNITION INTERLOCK REQUIRED: YES/NO   IGNITION INTERLOCK PRESENT: YES/NO   MEDICAL TRANSPORTED: YES/NO
DRIVER'S LICENSE #:   STATE:   SEX:   D.O.B.:
ON DUTY [ ]   STATUS:   AIRBAG:   RESTR:   EJECT:   HELMET USE:   INJURY CLASS:   NATURE OF INJURIES:
LICENSE PLATE #:   STATE:   VIN#:
TRAILER PLATE #:   STATE:   TRAILER PLATE #:   STATE:
TRLR VIN#:
VEH. YEAR:   MAKE:   MODEL:   STYLE:   VEHICLE TOWED DUE TO DISABLING DAMAGE: YES/NO   TOWED BY:   GOVT. VEHICLE: YES/NO
REGISTERED OWNER INFO:
LIABILITY INSURANCE IN EFFECT:   INSURANCE CO & POLICY #:
VEHICLE LEGALLY STANDING: YES/NO   CITATION #:   CHARGE:

I CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT. (RCW 9A.72.085)

INVESTIGATING OFFICER'S SIGNATURE: PAUL CARROLL JR   OFFICER'S PHONE:   UNIT OR DIST DET:   DATED: 9/5/2021   PLACE SIGNED:

BADGE OR ID #: 369   ORI #: WAWSP0405   APPROVED BY: Lasher   DATE:   PAGE 3 OF 6

3000-345-013 (R 11/16)

# Other Descriptions

UNIT LEVEL DESCRIPTIONS:

[TRAFFIC CONTROL DESCRIPTION] - TRAFFIC LIGHT (Unit 1)
[TRAFFIC CONTROL DESCRIPTION] - DO NOT CROSS (Unit 3)

**Report Number:** EB64581

## Narrative

Vehicle 1 was SB on SR 395, also known as Division St. at Hawthorne. Vehicle 2 was SB behind vehicle 1. The bicyclist was crossing from the SE corner of the intersection to the NW corner of the intersection. The SB vehicles had the green traffic signal, the bicyclist failed to yield and crossed against the green.

The bicyclist was struck by vehicle 1 in the right hand SB lane in the interection outside the crosswalk.

Diagram of intersection showing vehicle and bicyclist positions. Labels visible: "BICYCLIST", "FINAL REST" (multiple), "VICTIM RIDER", "BICYCLE", "FINAL REST".

# STATE OF WASHINGTON POLICE TRAFFIC COLLISION REPORT — Supplemental

**REPORT NO.** EB64581
**CASE #** 21-015245

Barcode: 1591971

| Field | Value |
|---|---|
| INTERSTATE | |
| STATE ROUTE | ✓ |
| COUNTY RD | |
| CITY STREET | |
| OTHER | |
| PRIVATE WAY | |
| FIRE RESULTED | |
| STOLEN VEHICLE | |
| HIT & RUN INVOLVED | |

LOCAL AGENCY CODING:
TOTAL # OF UNITS: 3
OBJECT STRUCK: Bicyclist
TRIBAL RESERVATION:

DATE OF COLLISION: 8-29-2021
TIME (2400): 2025
COUNTY #: 32
MILES: 0.40 N ✓
IN / OF: ✓
CITY #: 1220

ON (PRIMARY TRAFFIC WAY): SR 395 SB
INTERSECTION ✓   NON-INTERSECTION
BLOCK NO. / MILE POST ✓  165.30

DISTANCE: ___ MILES / FEET   OF (REFERENCE OR CROSS STREET): HAWTHORNE

## UNIT 01
MOTOR VEHICLE ✓   PEDAL-CYCLE
DAMAGE THRESHOLD MET: YES ✓ NO

LAST NAME: GRAYBEAL
FIRST NAME: STEPHANIE
MIDDLE INITIAL: L
STREET / NEW ADDRESS: 11824 N GUINEVERE DR
CITY: SPOKANE   ST: WA   ZIP: 9921817
CDL:
IGNITION INTERLOCK REQUIRED: YES / NO ✓
IGNITION INTERLOCK PRESENT: YES / NO
MEDICAL TRANSPORTED: YES / NO ✓
DRIVER'S LICENSE #: [redacted]   STATE: WA   SEX: F   D.O.B.:
ON DUTY:   STATUS:   AIRBAG: 2   RESTR: 4   EJECT: 1   HELMET USE:   INJURY CLASS: 1   NATURE OF INJURIES:
LICENSE PLATE #: BWJ6846   STATE: WA   VIN: 3CZRU6H58KM733258
TRAILER PLATE #:   STATE:   TRAILER PLATE #:   STATE:
TRLR VIN#:
VEH YEAR: 2019   MAKE: HOND   MODEL: HR-V   STYLE: UT
VEHICLE TOWED DUE TO DISABLING DAMAGE: YES ✓ NO
TOWED BY: WILLIAMS
GOVT VEHICLE: YES / NO ✓
REGISTERED OWNER INFO: GRAYBEAL, STEPHANIE
LIABILITY INSURANCE IN EFFECT: ✓
INSURANCE CO & POLICY #:
VEHICLE LEGALLY STANDING: YES / NO
CITATION #: 21-015245
CHARGE: DUI

VEHICLE NO. 1 SHADE IN DAMAGED AREA

## UNIT 02
MOTOR VEHICLE ✓   PEDAL-CYCLE   PEDESTRIAN   PROPERTY OWNER
DAMAGE THRESHOLD MET: YES / NO ✓

LAST NAME: EGLAND
FIRST NAME: SENCIA
MIDDLE INITIAL: C
STREET / NEW ADDRESS: 10124 N MILBRATH LN
CITY: SPOKANE   ST: WA   ZIP: 9920821
CDL:
IGNITION INTERLOCK REQUIRED: YES / NO ✓
IGNITION INTERLOCK PRESENT: YES / NO
MEDICAL TRANSPORTED: YES / NO
DRIVER'S LICENSE #: [redacted]   STATE: WA   SEX: F   D.O.B.:
ON DUTY:   STATUS:   AIRBAG: 2   RESTR: 4   EJECT: 1   HELMET USE:   INJURY CLASS: 1   NATURE OF INJURIES:
LICENSE PLATE #: BIZ6701   STATE: WA   VIN#: 19XFB2F55FE700924
TRAILER PLATE #:   STATE:   TRAILER PLATE #:   STATE:
TRLR VIN#:
VEH YEAR: 2015   MAKE: HOND   MODEL: CIVIC   STYLE: 4D
VEHICLE TOWED DUE TO DISABLING DAMAGE: YES / NO ✓
TOWED BY:
GOVT VEHICLE: YES / NO ✓
REGISTERED OWNER INFO: EGLAND, MICHAEL
LIABILITY INSURANCE IN EFFECT: ✓
INSURANCE CO & POLICY #:
VEHICLE LEGALLY STANDING: YES / NO
CITATION #:
CHARGE:

VEHICLE NO. 2 SHADE IN DAMAGED AREA

OFFICER'S NAME (PRINT): LASHER, SGT. SCOTT
OFFICER PHONE:
BADGE OR ID #: 282
AGENCY: WASHINGTON STATE PATROL

PART A   3000-345-159 (R 11/18)   PAGE 01 OF 6




**STATE OF WASHINGTON POLICE TRAFFIC COLLISION REPORT**

1591972

REPORT NO. **EB64581**
CASE # 21-015245

### ADDITIONAL PERSONS INVOLVED (PASSENGERS AND/OR WITNESSES ONLY)

NAME (LAST, FIRST, MIDDLE INITIAL): MAURI, GARY J
ADDRESS & PHONE #: Spokane,
SEX: M
PASSENGER ☐ WITNESS ☑

NAME (LAST, FIRST, MIDDLE INITIAL): KOLACZENKO, NICHOLAS T
ADDRESS & PHONE #: 711 W IVANHOE RD Spokane, WA 99218
SEX: M
PASSENGER ☐ WITNESS ☑

NAME (LAST, FIRST, MIDDLE INITIAL): DWYER, ANGELA R
ADDRESS & PHONE #: Spokane,
SEX: F
PASSENGER ☐ WITNESS ☑

### DIAGRAM

Please see subsequent diagram page

INDICATE NORTH BY ARROW

### NARRATIVE

Please see subsequent narrative page(s)

I CERTIFY (DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT. (RCW 9A.72.085)

INVESTIGATING OFFICER'S SIGNATURE: SGT. SCOTT LASHER
DATED: 2/22/2022
APPROVED BY: Lasher, Sgt. Scott 282
BADGE OR ID #: 282
ORI #: WAWSP0403
TIME POLICE DISPATCHED: 8:28 PM
TIME POLICE ARRIVED: 8:51 PM

PART B 3000-345-160 R (9/13)   PAGE 2 OF 6



## Other Descriptions

UNIT LEVEL DESCRIPTIONS:

[TRAFFIC CONTROL DESCRIPTION] - TRAFFIC LIGHT (Unit 1)
[TRAFFIC CONTROL DESCRIPTION] - DO NOT CROSS (Unit 3)

## Narrative

Vehicle 1 was SB on SR 395, also known as Division St. at Hawthorne. Vehicle 2 was SB behind vehicle 1. The bicyclist was crossing from the SE corner of the intersection to the NW corner of the intersection. The SB vehicles had the green traffic signal, the bicyclist failed to yield and crossed against the green.

The bicyclist was struck by vehicle 1 in the right hand SB lane in the interection outside the crosswalk.

Driver of Unit 1, Tox Lab Report 1.8 ng/mL of THC.

Bicyclist Autopsy Tox Lab Report, .07 Blood Alcohol Concentration, 6.3 ng/mL THC, 31 ng/mL Amphetamine.