**EXHIBIT C**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH CANTAFI, ADMINISTRATRIX ) | | |
| OF THE ESTATE OF ZACHARY CANTAFI, ) | | |
| ELIZABETH CANTAFI, DANA ANDREWS, ) | | |
| and DANIELLE KORNACKI, ) | | |
|         Plaintiffs ) | 3:23-cv-01245 | |
| ) | | |
| v. ) | | |
| ) | | |
| STEPHANIE GRAYBEAL, ) | | |
| UBER TECHNOLOGIES, PORTIER, LLC, ) | | |
| RASIER, LLC, VINCENT LISI, EDGAR ) | | |
| PASTRANA, and ASHLEY SULEWSKI, ) | | |
| ) | | |
|         Defendants ) | | |
| ) | | |

**Affidavit of Vincent Lisi**

I, Vincent Lisi hereby state that I am over eighteen (18) years of age. I am of sound mind, capable of making this Affidavit, fully competent to testify to the matters stated herein, and have personal knowledge of each of the matters stated herein. I hereby state under oath:

1. I am presently employed by Uber Technologies, Inc. ("Uber") as Senior Director, Global Security and Investigations. I have held this position since January, 2021, including at the time of the alleged incident in the above referenced matter. Prior to that, my job title was Director, Global Investigations, which I held from April 2019 until January, 2021. At no point have I been involved in or worked on Uber Eats platform operations.

2. Uber is a technology company that uses its proprietary technology to develop and maintain digital multi-sided marketplace platforms.

3. In August of 2021, as a Senior Director, Global Security and Investigations, my job responsibilities involved managing teams who establish processes and protocols to help protect Uber employees' physical safety at all corporate offices around the world. I also

help identify and prevent serious criminal activity against Uber, such as fraud. Based on my review of Plaintiffs' Complaint, this lawsuit does not involve an Uber corporate employee or a safety incident at an Uber corporate office. This matter also does not involve fraud against Uber.

4. I have no connection to the claimed incident/accident referenced in Plaintiffs' Complaint.

5. I have no personal knowledge of the facts underlying the claimed incident/accident referenced in Plaintiffs' Complaint.

6. My job does not involve accessing, reviewing, analyzing or using data or details related to negligence or drug or alcohol use involving independent delivery drivers using the Uber Eats Platform.

7. Specifically, I am a corporate employee of Uber with no connection to or control over the conduct alleged to be negligent by Plaintiffs. My job duties *do not include any of the allegations or references in Plaintiff's Complaint below:*

1. Monitoring or supervising independent delivery driver performance while using the Driver App;
2. Establishing codes of conduct for delivery drivers, including but not limited to obeying traffic laws such as speeding or driving under the influence of marijuana or other drugs or alcohol;
3. Reviewing systems or data related to whether drivers are operating vehicles in excess of speed limits;
4. Monitoring, supervising or approving independent driver background checks, vehicle or driver documentation, Platform Access Agreements, or complaints made against drivers by drivers' customers related to auto accidents or allegations of intoxication;
5. Investigating, analyzing data, or setting policies related to intoxicated drivers, drug use by delivery drivers, speeding, or general driver road safety;
6. Investigating, analyzing, creating, or implementing policies related to driver training;

7. Creating or communicating information related to driver incentives;
8. Investigating, analyzing, creating, or implementing policies related to the discipline or access to the Driver Application of third party delivery drivers who engage in negligent conduct or conduct related to speeding or driving under the influence of alcohol or drugs.

8. Again, the scope of my job primarily involves promoting the safety of Uber's employees and offices as well as identifying and preventing large-scale, serious criminal activities against Uber. My job *has nothing to do with operating, designing, or managing the Uber Eats platform operations, including driver incentives, or policies related to drivers' negligent conduct or use of alcohol or drugs while driving. Moreover, I do not have access to any such data or metrics.*

Signed under the pains and penalties of perjury on   October 30, 2023

*Vince Lisi*
_____
Name: Vincent Lisi
Title: Senior Director – Global Security and Investigations.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH CANTAFI, ADMINISTRATRIX OF THE ESTATE OF ZACHARY CANTAFI, ELIZABETH CANTAFI, DANA ANDREWS, and DANIELLE KORNACKI, | ) ) ) ) | |
| Plaintiffs | ) ) | 3:23-cv-01245 |
| v. | ) ) | |
| STEPHANIE GRAYBEAL, UBER TECHNOLOGIES, PORTIER, LLC, RASIER, LLC, VINCENT LISI, EDGAR PASTRANA, and ASHLEY SULEWSKI, | ) ) ) ) ) | |
| Defendants | ) ) | |

**<u>Affidavit of Edgar Pastrana</u>**

I, Edgar Pastrana, hereby state that I am over eighteen (18) years of age. I am of sound mind, capable of making this Affidavit, fully competent to testify to the matters stated herein, and have personal knowledge of each of the matters stated herein. I hereby state under oath:

1. I am presently employed by Uber Technologies, Inc. ("Uber") as Director, Community Operations, Uber for Business and High Capacity Vehicles. Prior to this, I was Global Head, Community Operations, Uber for Business from September 28, 2020 until September 1, 2022. I held this position in August of 2021. At no point have I been involved in or worked on the Uber Eats platform operations.

2. Uber is a technology company that uses its proprietary technology to develop and maintain digital multi-sided marketplace platforms.

3. As Global Head, Community Operations, Uber for Business, my job responsibilities in August of 2021 dealt with supporting our enterprise business clients. For

example, these included resolving issues dealing with clients' ability to access and use the Uber for Business Platform, such as login issues, and allowing them to access the Uber for Business Platform to arrange for business-related transportation. Based on my review of Plaintiffs' Complaint, this lawsuit does not involve an enterprise business client or customer service issue by an enterprise business client.

4. I have no connection to the claimed incident/accident referenced in Plaintiffs' Complaint.

5. I have no personal knowledge of the facts underlying the claimed incident/accident referenced in Plaintiffs' Complaint.

6. My job does not involve accessing, reviewing, analyzing or using data or details related to incidents involving independent delivery drivers using the Uber Eats Platform – which is a platform separate and apart from the Uber for Business Platform.

7. Specifically, I am a corporate employee of Uber with no connection to or control over the conduct alleged to be negligent by Plaintiffs. My job duties ***do not include any of the allegations or references in Plaintiff's Complaint below:***

1. Monitoring, supervising or reviewing independent driver performance while using the Driver App;
2. Establishing codes of conduct or policies related to obeying traffic laws, such as speeding or driving under the influence of marijuana or other drugs or alcohol;
3. Reviewing systems or data related to whether drivers are operating vehicles in excess of speed limits;
4. Growing revenues or developing and executing strategic initiatives to drive sales by launching new products or entering markets;
5. Managing or engaging in driver interactions or implementing any policies related to timely deliveries;
6. Establishing policies for reviewing incidents involving independent drivers using the Driver App;
7. Investigating, analyzing data, or setting policies related to intoxicated drivers, drug use by drivers, speeding, or general driver road safety;

8. Investigating, analyzing data, or setting policies related to driver training;

9. Monitoring, supervising or reviewing independent driver background checks, vehicle or driver documentation, Platform Access Agreements, or complaints made against drivers by drivers' customers related to auto accidents or allegations of intoxication.;

10. Creating or communicating information related to driver incentives;

11. Investigating, analyzing, creating, or implementing policies related to the discipline or access to the Driver Application of third party delivery drivers who engage in negligent conduct or conduct related to speeding or driving under the influence of alcohol or drugs.

8. Again, the scope of my job involves corporate client experience management related to corporate clients' who use the Uber for Business platform. My job *has nothing to do with operating, designing, or managing the Uber Eats platform operations, including driver incentives, or policies related to drivers' negligent conduct or use of alcohol or drugs while driving. Moreover, I do not have access to any such data or metrics.*

Signed under the pains and penalties of perjury on _____
October 27, 2023

*Edgar Pastrana*
_____
Name: Edgar Pastrana
Title:  Director, Community Operations, Uber for Business and High Capacity Vehicles

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH CANTAFI, ADMINISTRATRIX ) | | |
| OF THE ESTATE OF ZACHARY CANTAFI, ) | | |
| ELIZABETH CANTAFI, DANA ANDREWS, ) | | |
| and DANIELLE KORNACKI, ) | | |
|         Plaintiffs ) | | 3:23-cv-01245 |
| ) | | |
| v. ) | | |
| ) | | |
| STEPHANIE GRAYBEAL, ) | | |
| UBER TECHNOLOGIES, PORTIER, LLC, ) | | |
| RASIER, LLC, VINCENT LISI, EDGAR ) | | |
| PASTRANA, and ASHLEY SULEWSKI, ) | | |
| ) | | |
|         Defendants ) | | |
| ) | | |

**Affidavit of Ashley Sulewski**

I, Ashley Sulewski, hereby state that I am over eighteen (18) years of age. I am of sound mind, capable of making this Affidavit, fully competent to testify to the matters stated herein, and have personal knowledge of each of the matters stated herein. I hereby state under oath:

1. I am presently employed by Uber Technologies, Inc. ("Uber") as Global Strategic Lead, Uber for Business. I have held this position since January, 2023. Prior to this I was a Strategic Account Executive, Uber for Business from Oct 2021-Dec 2022. At the time of the alleged incident in the above referenced matter, and from July 2021 - October 2021, I held the position of Strategic Client Partner, Uber for Business. At no point have I been involved in or worked on Uber Eats platform operations.

2. Uber is a technology company that uses its proprietary technology to develop and maintain digital multi-sided marketplace platforms.

3.  As a Strategic Client Partner, Uber for Business, my job responsibilities in August of 2021 dealt with corporate sales within the Uber for Business program, which allows corporate clients to create and maintain corporate accounts on the Uber platform built for businesses. In this role, I meet with external corporate clients to discuss the benefits of using Uber for Business for their employees' business travel needs. My responsibility was to raise awareness of and to attempt to grow the Uber for Business platform within existing clients, which included distributing marketing materials, and attending business travel fairs and conferences. Based on my review of Plaintiffs' Complaint, this lawsuit does not involve the Uber for Business program.

4.  I have no connection to the claimed incident/accident referenced in Plaintiffs' Complaint.

5.  I have no personal knowledge of the facts underlying the claimed incident/accident referenced in Plaintiffs' Complaint.

6.  My job does not involve accessing, reviewing, analyzing or using data or details related to incidents involving independent delivery drivers using the Uber Eats Platform – which is a platform separate and apart from the Uber for Business platform.

7.  Specifically, I am a corporate employee of Uber with no connection to or control over the conduct alleged to be negligent by Plaintiffs. My job duties *do not include any of the allegations or references in Plaintiff's Complaint below:*

   1. Monitoring, supervising or reviewing independent driver performance while using the Driver App;
   2. Establishing codes of conduct for delivery drivers, including but not limited to obeying traffic laws such as speeding or driving under the influence of marijuana or other drugs or alcohol;
   3. Reviewing systems or data related to whether drivers are operating vehicles in excess of speed limits;
   4. Creating incentives or using incentives, promises or guarantees to "take on restaurant and business accounts."
   5. Creating, analyzing, or communicating information related to driver incentives;

6. Creating, analyzing, or communicating policies or incentives related to Restaurant Delivery Growth;
7. Investigating, analyzing data, or setting policies related to intoxicated drivers, drug use by delivery drivers, speeding, or general driver road safety;
8. Investigating, analyzing, creating, or implementing policies related to driver training;
9. Any analysis of the delivery process;
10. Monitoring, supervising or approving independent driver background checks, vehicle or driver documentation, Platform Access Agreements, or complaints made against drivers by drivers' customers related to auto accidents or allegations of intoxication.
11. Investigating, analyzing, creating, or implementing policies related to the discipline or access to the Driver Application of third party delivery drivers who engage in negligent conduct or conduct related to speeding or driving under the influence of alcohol or drugs.
12. Creating, analyzing, or implementing any policies or data related to incentivising or encouraging "efficient" deliveries;
13. Commercial management of any restaurant business or the businesses of independent drivers; or
14. Building tools or processes related to driver metrics.

8. Again, the scope of my job primarily involves selling access to a business travel platform (developed by Uber called Uber for Business) to large corporate entities. My job *has nothing to do with operating, designing, or managing the Uber Eats platform operations, including driver incentives, or policies related to drivers' negligent conduct or use of alcohol or drugs while driving. Moreover, I do not have access to any such data or metrics.*

Signed under the pains and penalties of perjury on _____October 30, 2023_____

*Ashley Sulewski*

Name: Ashley Sulewski

Title: Global Strategic Lead, Uber for Business