UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ELIZABETH CANTAFI, ADMINISTRATRIX OF THE
ESTATE OF ZACHARY CANTAFI, ELIZABETH CANTAFI,
DANA ANDREWS, and DANIELLE KORNACKI,
*Plaintiffs*,

v.

STEPHANIE GRAYBEAL, UBER TECHNOLOGIES, INC.
PORTIER, LLC, RASIER, LLC, VINCENT LISI, EDGAR
PASTRANA, and ASHLEY SULEWSKI
*Defendants*.

3:23-cv-01245-KAD
Monday, November 13, 2023

**MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF WASHINGTON**

This case concerns a fatal accident that occurred in Spokane, Washington, involving plaintiffs' decedent, a cyclist on U.S. Highway 395 in Spokane, defendant Graybeal, a Spokane resident and motor vehicle operator, and non-party motor vehicle operator Sencia Egland, another motor vehicle operator in Spokane. The accident that gave rise to this claim occurred in Spokane, Washington; all fact witnesses are in Spokane, Washington; the vehicle driver in the accident, defendant Graybeal, is in Spokane, Washington; the locus of the accident is in Spokane, Washington and, of course, the applicable rules of the road are those of Washington. Defendants Uber Technologies, Inc., Portier, LLC, Rasier, LLC, Vincent Lisi, Edgar Pastrana, and Ashley Sulewski ("Defendants") accordingly move to transfer venue to the United States District Court, Western District of Washington, pursuant to 28 U.S.C. § 1404. Absent transfer, venue would not lie in Connecticut as no properly joined defendant resides in Connecticut, none of the events or omissions giving rise to the claim occurred in Connecticut, and the Court does not have personal jurisdiction over certain of the properly joined defendants. The motion to transfer should be granted.

1

Respectfully submitted,
Uber Technologies, Inc., Rasier, LLC, and
Portier, LLC, Vincent Lisi, Edgar Pastrana,
Ashley Sulewski
By their attorneys,

*/s/ Ben Levites*
Kevin J. O'Leary, ct30271
Benjamin H. Levites, ct30481
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com
blevites@coughlinbetke.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to all counsel of record on Monday, November 13, 2023.

*/s/ Ben Levites*
Benjamin Levites