UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH CANTAFI, ADMINISTRATRIX )<br>OF THE ESTATE OF ZACHARY CANTAFI, )<br>ELIZABETH CANTAFI, DANA ANDREWS, )<br>and DANIELLE KORNACKI, )<br>        Plaintiffs     )<br>)<br>v.                          )<br>)<br>STEPHANIE GRAYBEAL, )<br>UBER TECHNOLOGIES, PORTIER, LLC, )<br>RASIER, LLC, VINCENT LISI, EDGAR )<br>PASTRANA, and ASHLEY SULEWSKI, )<br>)<br>        Defendants    )<br>) | 3:23-cv-01245<br><br>November 14, 2023 |

**NOTICE OF APPEARANCE**

Please notice the appearance of Christopher G. Betke, Esq. of Coughlin Betke LLP as counsel for the Defendants Uber Technologies, Inc., Raiser, LLC, and Portier, LLC.

                Respectfully submitted,
                Defendants,
                Uber Technologies, Inc., Raiser, LLC,
                and Portier, LLC,
                By their attorneys,

                <u>/s/ *Christopher G. Betke*</u>
                Christopher G. Betke, ct30809
                Kevin J. O'Leary, ct30371
                Benjamin H. Levites, ct30481
                Coughlin Betke LLP
                175 Federal Street
                Boston, MA 02110
                (617) 988-8050
                cbetke@coughlinbetke.com
                koleary@coughlinbetke.com
                blevites@coughlinbetke.com

## **CERTIFICATE OF SERVICE**

      I, Christopher G. Betke, certify that a copy of this document was served via the court's ECF system on November 14, 2023, to all attorneys and self-represented parties of record.

                                              /s/ *Christopher G. Betke*
                                              Christopher G. Betke, Esq., ct30809