UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| ELIZABETH CANTAFI, ADMINISTRATOR ) <br> OF THE ESTATE OF ZACHARY CANTAFI ) <br> ELIZABETH CANTAFI, DANA ANDREWS ) <br> and DANIELLE KORNACKI ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> STEPHANIE GRAYBEAL, ) <br> UBER TECHNOLOGIES, INC., ) <br> PORTIER, LLC, RASIER, LLC, VINCENT LISI, ) <br> EDGAR PASTRANA and ASHLEY SULEWSKI ) <br> Defendants. ) | CIVIL ACTION <br><br> NO. 3:23-CV-1245-KAD <br><br><br><br><br><br> DECEMBER 7, 2023 |

_____

**PLAINTIFFS' NUNC PRO TUNC MOTION FOR EXTENSION OF TIME TO OBJECT TO DEFENDANTS' MOTION TO TRANSFER**

Plaintiffs Elizabeth Cantafi, administratrix of the estate of Zachary Cantafi, et al, hereby move nunc pro tunc for a short three-day extension of time in which to object to the Defendants' Motion to Transfer (ECF 22, November 13, 2023).

1. Pursuant to Local Rules, Plaintiff's 21-day deadline to respond was December 4, 2023. Plaintiff moves for an additional 3 days, up to and including December 7, 2023, to respond.

2. Pursuant to Local Rule 7(c), Plaintiff has inquired of Defendants' counsel for their consent, and Defendants have not responded at this point. Plaintiffs will report to the Court when Defendants respond.

1

3. Plaintiff's undersigned regrets the oversight of not applying for an extension of time within the deadline.

4. Plaintiff's counsel makes this motion in good faith and not for the purpose of delay.

5. This is Plaintiff's first motion for extension of time in response to this motion to transfer. Plaintiffs will file their Objection to Motion to Transfer immediately after this Nunc Pro Tunc Motion For Extension of Time.

6. This case has multiple undecided motions pending, and the Court should decide the motion for remand (ECF 20, October 10, 2023) prior to addressing the motion to transfer. "When presented with competing motions to remand a case and to transfer venue, a court is to consider the remand motion first, and then address the motion to transfer venue only if it first denies the motion to remand." *Deutsche Oel & Gas S.A. v. Energy Cap. Partners Mezzanine Opportunities Fund A, LP*, No. 19-CV-11058 (RA), 2020 WL 5814233, at *5 (S.D.N.Y. Sept. 30, 2020)(citing *Stahl v. Stahl*, No. 03 CV 0405, 2003 WL 22595288, at *2 (S.D.N.Y. Nov. 7, 2003)).

7. If the Court rules against remand, then the Court should address Defendant Graybeal's Motion to Dismiss (ECF 25, 11/20/2023). For example, *Gibson v. Dolliver*, No. 3:18-CV-01825 (JCH), 2019 WL 1455172, at *1 (D. Conn. Apr. 2, 2019) ruled first on the plaintiffs' motion for remand and then on the defendants' motion to dismiss, even though the motion to dismiss was filed first in time. Here, Defendant Graybeal's dispositive Motion to Dismiss merits consideration prior to this Motion to Transfer.

8. Plaintiffs moved for a 30-day extension of time until January 6, 2024 to respond to Defendant Graybeal's Motion to Dismiss. Plaintiffs assumes, arguendo, for the sake its objection to the Motion to Transfer, that the Uber Defendants' arguments relating to the jurisdiction over Defendant Graybeal are incorrect. When Plaintiffs respond to Defendant Graybeal's motion to dismiss, Plaintiffs will incorporate those more complete arguments into its objection to Motion to Transfer.

9. No party is prejudiced by such a nunc pro tunc motion for extension of time, since this Motion to Transfer is the last one one of the three competing motions to be ruled upon.

WHEREFORE, in light of the foregoing, Plaintiffs nunc pro tunc respectfully requests an extension of time, up to and including December 7, 2023 to file a response to Defendants' Motion to Transfer (ECF 22).

___/s/_____
Peter Christopher Bowman
BBB Attorneys, LLC
3651 Main Street
Suite 200
Stratford, CT 06614
203-562-0900
203-562-0902 (fax)
filing@bbbattorneys.com


___/s/_____
Kenneth James Krayeske
BBB Attorneys, LLC
3651 Main Street
Suite 200
Stratford, CT 06614

203-562-0900
203-562-0902 (fax)
kkrayeske@bbbattorneys.com

4